# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00149-CR

**Rodrigo Martin Bernal, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. CR-20-4152-A, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due October 23, 2025. On November 13, 2025, this Court sent a notice to appellant's counsel informing him that appellant's brief was overdue and that a failure to file a satisfactory response by November 24, 2025, would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, the Court has received no response from counsel, and no brief has been tendered for filing.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal.

Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than January 30, 2026. *See id.* R. 38.8(b)(3).

It is so ordered January 15, 2026.

Before Chief Justice Byrne, Justices Theofanis and Crump

Abated and Remanded

Filed: January 15, 2026

Do Not Publish